# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARY LOUISE DESHNER,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 3:22-CV-00107<br><br>JUDGE THOMAS M. ROSE<br><br>MAGISTRATE JUDGE KAREN L. LITKOVITZ |

**ENTRY AND ORDER GRANTING JOINT MOTION TO REMAND (DOC. NO. 9)**

This case if before the Court on the parties' Joint Motion for Remand. (Doc. No. 9.) The parties agree that the Commissioner's decision should be reversed, and this matter remanded to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further administrative proceedings. The Court **ORDERS** that:

(1) The Joint Motion to Remand (Doc. 9) is **GRANTED**;

(2) The Commissioner's prior decision shall be **REVERSED**;

(3) This case shall be **REMANDED** to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g); and

(4) This case is **TERMINATED** on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, August 3, 2022.

                 s/Thomas M. Rose

                 _____
                 THOMAS M. ROSE
                 UNITED STATES DISTRICT JUDGE